UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dominique Antoine Woods**                    **Docket No. 4:12-CR-28-1BO**

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dominique Antoine Woods, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine, 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 18, 2012, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Dominique Antoine Woods was released from custody on June 17, 2014, at which time the term of supervised release commenced.

On April 1, 2016, a Motion for Revocation on Offender Under Supervised Release was filed after Woods was charged with Possession of Marijuana in Craven County, North Carolina. During a Revocation Hearing conducted February 7, 2017, the court entered a finding that Woods violated the terms and conditions of the judgment by committing criminal conduct. Consequently, the court extended the term of supervised release for 1 year.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In that the basis for the Motion for Revocation was criminal conduct involving marijuana, the probation officer respectfully recommends the conditions of supervised release be modified to include the drug aftercare condition. This condition will allow Woods to obtain a substance abuse assessment to determine if substance abuse treatment is warranted. It will also allow the defendant to participate in the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: June 6, 2017

## ORDER OF THE COURT

Considered and ordered this _____6_____ day of _____June_____, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge